UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:16-cr-14 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MICHAEL ROBERT HASSELL ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

On March 2, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending that: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain free on bond conditions pending sentencing or further order of this Court. (Doc. 28.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1). It is therefore **ORDERED**:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN FREE ON BOND CONDITIONS** pending further order of the Court or sentencing on **June 2, 2017, at 9:00 a.m.**

SO ORDERED.

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**